Jeffrey A. Koncius, State Bar No. 189803
  koncius@kiesel.law
Stephanie M. Taft, State Bar No. 311599
  taft@kiesel.law
KIESEL LAW LLP
8648 Wilshire Boulevard
Beverly Hills, California 90211-2910
Tel:   310-854-4444
Fax:   310-854-0812

Attorneys for Plaintiff Bob Ward,
individually and on behalf of all others
similarly situated

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BOB WARD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INSTITUTO ESPAÑOL, S.A., a Corporation doing business as AVENA INSTITUTO ESPAÑOL; MIDWAY IMPORTING, INC., a Corporation; and DOES 1-10,<br><br>Defendants. | Case No. 2:21-cv-06584-PA-PD<br><br>**<u>CLASS ACTION</u>**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOTICE IS HEREBY GIVEN that, in light of the Court's Order of August 18, 2021 [Doc. No. 13], which raised salient facts pertinent to this matter, Plaintiff Bob Ward voluntarily dismisses this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), without prejudice, with each party to bear its own fees and costs. At this time, no opposing party has served either an answer or a motion for summary judgment in this litigation, warranting the voluntary dismissal of this action per the above cited Federal Rule.

DATED: August 25, 2021          **KIESEL LAW LLP**

By: _____/s/ Stephanie M. Taft_____
JEFFREY A. KONCIUS
STEPHANIE M. TAFT

*Attorneys for Plaintiff Bob Ward, individually and on behalf of all others similarly situated*